UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
WINDWARD BORA LLC,,

                        Plaintiff,
    -against-

BARKUZZAZMAN QAZI and REHANA N.
QAZI,

                        Defendants.
--------------------------------------------------------X

**ORDER ADOPTING REPORT
AND RECOMMENDATION**
18-CV-6912 (DRH)(ARL)

Presently before the Court is the Report and Recommendation of Magistrate Judge Arlene R. Lindsay, dated May 16, 2019, recommending that the Court grant plaintiff's motion for a default judgment of foreclosure and sale against defendants and award plaintiff the principal sum of $211,899.85, interest as of January 18, 2019 in the amount of $128,557.80, and $500.00 for the referee's fees, for a total award of $340,957.65. More than fourteen (14) days have passed since service of the Report and Recommendation and no objections have been filed.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Therefore, the Court adopts the May 16, 2019 Report and Recommendation of Judge Lindsay as if set forth herein. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for a default judgement and judgment of foreclosure and sale against defendants Barkuzzazman Qazi and Rehana N. Qazi is granted and plaintiff is awarded the principal sum of $211,899.85, interest as of January 18, 2019 in the amount of $128,557.80, and $500.00 for the referee's fees, for a total award of

$340,957.65, plus post judgment interest pursuant to 28 U.S.C. § 1961(a). The Court will this day enter a Judgment of Foreclosure and Sale consistent herewith.

Dated: Central Islip, N.Y.
June 5, 2019

    /s/  Denis R. Hurley
Denis R. Hurley
United States District Judge